360 A.2d 650
Commonwealth ex rel. Radencic, Appellant,
v. Radencic.

Argued June 15, 1976.
Clayton T. Hyman, with him Sandor Engel, and Coleman and Hyman, for appellant; Todd J. O'Malley, for appellee.

Order affirmed.

360 A.2d 626
Commonwealth ex rel. Shapiro v. Shapiro,
Appellant.

Argued June 15, 1976. Alfred Sarowitz, for appellant; Alexander A. DiSanti, with him Howard Richard, and Richard, Brian, DiSanti & Hamilton, for appellee.

Order affirmed.